UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH WEBB,

        Petitioner,

   v.

JERRY BROWN,

        Respondent.

Case No. 15-cv-03806-YGR (PR)

**ORDER OF TRANSFER**

Petitioner has filed a form habeas petition under 28 U.S.C. § 2241. He also filed a motion for leave to proceed *in forma pauperis*. He is being held in Coalinga State Hospital in Coalinga, California, under California's Sexual Violent Predator Act ("SVPA"). *See* Cal. Welf. & Inst. Code § 6600, *et seq*. He is currently awaiting trial to determine whether he is a Sexually Violent Predator subject to civil commitment under the SVPA. In his petition, he argues that the California Department of State Hospitals is violating his double jeopardy rights by using certain standards, procedures, and assessment tools to determine if he is a Sexually Violent Predator. He also argues that abstention is not appropriate.

Section 2241 is the proper basis for the petition because petitioner is a pretrial detainee challenging the constitutionality of his confinement. *See Hoyle v. Ada County*, 501 F.3d 1053, 1058 (9th Cir. 2007) (section 2241 proper basis for pre-trial double jeopardy challenge). Although this Court may have jurisdiction to hear a petition brought under section 2241, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 494-95 (1973), *Braden* also makes clear that "venue considerations may, and frequently will, argue in favor of adjudication of the habeas claim in the jurisdiction where the habeas petitioner is confined." *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988). The preferable forum for a section 2241 habeas petition is the district of confinement. *See McCoy v. United States Bd. of Parole*, 537 F.2d 962, 966 (8th Cir. 1976); *see also Dunne v. Henman*, 875 F.2d 244, 249-50 (9th Cir. 1989) (suggesting that even where district court has personal jurisdiction over custodian, preferred forum for section 2241 petition is district where petitioner confined).

1  The commitment proceedings are in Contra Costa County, which is in this district, and he
2  is confined in Fresno County, which is in the Eastern District of California.  *See* 28 U.S.C. 84.
3  Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this
4  action is TRANSFERRED to the United States District Court for the Eastern District of
5  California.  The Clerk shall transfer the case forthwith.
6  All remaining motions are TERMINATED on this Court's docket as no longer pending in
7  this district.
8  IT IS SO ORDERED.
9  Dated:  November 9, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge

2